# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** RE674923454US

Remove ✕

Your item was delivered in CANADA at 11:28 am on April 1, 2022.

## ✓ Delivered

April 1, 2022 at 11:28 am
CANADA

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌃

**April 1, 2022, 11:28 am**
Delivered
CANADA
Your item was delivered in CANADA at 11:28 am on April 1, 2022.

**March 31, 2022, 9:10 am**
Collect for Pick Up
CANADA

**March 31, 2022, 8:11 am**
Attempted Delivery - Item being held, addressee being notified
CANADA

**March 31, 2022, 8:07 am**
Out for Delivery
CANADA

**March 31, 2022, 7:02 am**
Arrival at Post Office
CANADA

**March 30, 2022, 8:36 am**
Arrived at Facility
CANADA

**March 29, 2022, 10:26 pm**
Arrived at Facility
CANADA

**March 29, 2022, 8:52 am**
Customs Clearance
CANADA

**March 29, 2022, 8:52 am**
Processed Through Facility
CANADA

Feedback

**March 25, 2022, 8:53 am**
Processed Through Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**March 25, 2022, 8:45 am**
Arrived at USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**March 25, 2022, 8:45 am**
Arrived at Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**March 22, 2022, 10:32 pm**
Departed USPS Facility
ALBANY, NY 12288

**March 22, 2022, 10:31 pm**
Arrived at USPS Facility
ALBANY, NY 12288

Feedback

**March 22, 2022, 3:02 pm**
Departed Post Office
BURNT HILLS, NY 12027

**March 22, 2022, 12:11 pm**
USPS in possession of item
BURNT HILLS, NY 12027

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?