IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANIA SIMPRI, <br><br> Plaintiff, <br><br> v. <br><br> MATHIEU REMILLARD; 2857-2899 QUEBEC INC.; and MTY EXPRESS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) 7:22-CV-03532 (NSR) <br> ) <br> ) <br> ) **ELECTRONICALLY FILED** <br> ) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Plaintiff's injuries and any alleged damages do not meet the $75,000.00 threshold for removal and should be remanded and litigated in the Supreme Court, Putnam County.

IT IS FURTHER STIPULATED AND AGREED that Defendants will notify the United States District Court and confirm closure of any Federal Court Action based on removal.

Dated: May 6, 2022

_____
Paul A. Carmona, III, Esquire
Carmona Law Group, PLLC
Attorneys for Plaintiff
155 Main Street, Suite 309
Brewster, New York 10509
carmonalawgroup@gmail.com
845-278-0272

_____
Beverly M. Barr, Esq.
Dickie McCamey & Chilcote
Attorneys for Defendants
445 Hamilton Ave., Suite 1102
White Plains, New York 10601
bbarr@dmclaw.com
914-358-3290

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2022

Dated: White Plains, NY
May 13, 2022

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE